**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LARRY R. CAMPBELL**                                                                                       **PLAINTIFF**

**VS.**                                    **CASE NO.  2:07CV00073 JMM**

**WINDWALDER CLARKE, INC., ET AL.**                                                      **DEFENDANTS**

**ORDER**

Pending is Defendants' Motion to Dismiss which argues that the case should be dismissed for lack of jurisdiction over the Defendants because the complaint was filed in the wrong division of the United States District Court for the State of Arkansas.  The Plaintiff responds by arguing that a complaint cannot be dismissed for lack of jurisdiction based upon an improper divisional filing, and that the Court has the discretion to transfer the case from one division to another.

The Court finds that convenience of the parties and the interest of justice will be best served if the case is transferred from the Eastern Division of Arkansas to the Western Division.  The Clerk of the Court is so directed.

Based upon this divisional transfer, the Motion to Dismiss is denied (#4).

IT IS SO ORDERED THIS   29   day of August , 2007.


                                                                                    _____
                                                                                    James M. Moody
                                                                                    United States District Judge