*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LARRY R. CAMPBELL                                                               PLAINTIFF

vs.                      CASE NO. 4:07cv00785 JMM

WINDWALKER CLARKE, INC., et al                             DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that the parties have completed the work to finalize the settlement in the above case, the Court finds that this case should be dismissed. The jury trial scheduled December 15, 2008, is cancelled.

The complaint and all claims in this action are hereby dismissed with prejudice.

IT IS SO ORDERED this 29th day of August, 2008.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE